Defendant's Copy

Summons– Affidavit – Certificate of Mailing                              Hill Printing, Marion, Illinois

IN THE CIRCUIT COURT OF THE __1st__ JUDICIAL CIRCUIT

__William__ COUNTY, ILLINOIS

RECEIVED
AUG 0 8 2018

Kirk Krug
501 N. Market St #514
Marion, IL 62959  **Plaintiff**

No. __18-SC-684__

vs.

United States Postal Service
Office of Consumer Advocate
475 L'Enfant Plaza, SW
Washington, DC 20260-4541  **Defendant**

Amount claimed $ __499.00 + Cost__

**SUMMONS**

To each defendant:

YOU ARE SUMMONED and required to appear before this court at __Williamson County Courthouse 200 W Jefferson St Marion__, Illinois, at __9:00__ o'clock, __A__.m., on __August 20__, 20__18__, to answer the complaint in this case, a copy of which is hereto attached. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

Witness __7/25__, 20__18__.

(Seal of court)

_____
(Clerk of the Circuit Court)

**AFFIDAVIT**

_____, on oath says the last known mailing address of defendant _____, is _____

Signed and sworn to before me

_____, 20____.

_____
(Notary Public) - (Clerk of the Circuit Court)

Name __Kirk Krug__
Attorney for __Self__
Address __501 N Market St #514__
City __Marion, IL 62959__
Telephone __(618) 795-6818__

U.S. POSTAL SERVICE
AUG 1 2018
RECEIVED BY THE OFFICE OF GENERAL COUNSEL

**NOTICE TO DEFENDANTS**

At the time and place indicated in this summons you must appear either in person or by an attorney and make your presence known to the court.

You need not file any written answer to the complaint of the plaintiff which has been herewith served upon you, unless ordered to do so by the court.

If you do not appear at the time and place indicated in this summons, the allegations of the complaint will be taken as confessed and judgment may be entered against you for an amount not to exceed the amount claimed.

In the event judgment is entered against you in the manner indicated in the above paragraph, if you have a valid defense to the claim, you may ask the court to vacate the judgment at any time within thirty (30) days after it was entered, but you must file an affidavit in writing with the court showing that you do have a valid defense and that you were not lax in prosecuting the same.

The case will be tried on the day set for your appearance unless otherwise ordered by the court.

If you wish to contest this claim, you must appear at the time and place stated herein, with the witnesses, books or documents needed to establish your defense.

RECEIVED
AUG 1 - 2018
LAW DEPARTMENT

Exhibit A

STATE OF ILLINOIS                                         FORM #059

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT

WILLIAMSON COUNTY

**FILED**
JUL 25 2018
Angie E. Hochan
CLERK OF THE CIRCUIT COURT

Complaint: Kirk Krug                                    No. 18-SC-684

501 N. Market St #514
Marion, IL 62959

United States Postal Service
Office of Consumer Advocate
475 L'Enfant Plaza, SW
Washington, DC 20260-4541

(Plaintiff(s))                                   (Defendant(s))

## SMALL CLAIM COMPLAINT

I, the undersigned, claim that the defendant is indebted to the plaintiff in the sum of
$ 499.00 + Cost for Damage to An Waterford Angle.
USPS Claim # 52402546

and that the plaintiff has demanded payment of said sum; that the defendant refused to pay the same and no part thereof has been paid; that the defendant resides at 475 L'Enfant Plaza, SW, Washington, DC 20260-4541

phone no. _____ : that the plaintiff resides at 501 N. Market St #514, Marion, IL 62959

phone no. (618) 795-6818 in the state of Illinois.

Dated 7-25-18

Kirk E Krug
(Signature of Plaintiff)

Kirk E Krug
Carla J Suits    7-25-18

"OFFICIAL SEAL"
CARLA J SUITS
Notary Public, State of Illinois
My Commission Expires: 01/19/2020

**ANGIE ELLIOTT KOCHAN**
**CIRCUIT CLERK**
Williamson County
200 W. Jefferson St., Suite 100
MARION, ILLINOIS 62959-9989

7018 0040 0000 0127 0620

United States Postal Service
Office of Consumer Advocate
475 L'Enfant Plaza SW
Washington DC 20260

20260-