IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KIRK KRUG,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

Defendant.

Case No. 18-cv-1501 JPG/SCW

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: October 22, 2018**     MARGARET M. ROBERTIE, Clerk of Court

**s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**